# Exhibit D

## inMotion Group
*A Pet Technologies, Inc. Company*
18068 Humber Bridge Dr.
Macomb, MI 48042-3613

Phone # 248-581-8787   Fax # 248-589-0052

# STATEMENT

Date: 2/14/2014
Account ID: INC-12493

**Bill To:**

JEMAMEDIA
JEFF LONG
7363 E. ADOBE DR.
STE. 115
SCOTTSDALE, AZ 85255

**PLEASE PAY THIS AMOUNT**  $7,214.11

Make checks payable to: **inMotion Group**

☐ Change of Address? Please check this box and indicate changes on the reverse side

---
PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

## inMotion Group
18068 Humber Bridge Dr.
Macomb, MI 48042-3613

Phone # 248-581-8787   Fax # 248-589-0052

| Terms | Due Date | Account # | Amount Due |
|---|---|---|---|
| 7th of Month | 3/7/2014 | INC-12493 | $7,214.11 |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2013 | Balance forward | | 18,293.00 |
| 01/01/2014 | INV #14867.<br>--- INCLICK MANAGED, 1 @ $9,814.2327 = 9,814.23<br>--- INCLICK AD SERVER EXTENDED SERVICES - MONITORING AND MAINTENANCE, DECEMBER 2013<br>--- TRANSACTION VOLUME: $327,141.09 @ 3%<br>--- Tax: Michigan Sales Tax @ 6.0% = 0.00 | 9,814.23 | 28,107.23 |
| 01/21/2014 | CREDMEM #14893.<br>--- INCLICK MANAGED $-1,478.76<br>--- COURTESY ADJUSTMENT: $49,292.09 @ 3%<br>--- Tax: Michigan Sales Tax @ 6.0% = 0.00 | -1,478.76 | 26,628.47 |
| 01/22/2014 | PMT #5871547750. | -26,628.47 | 0.00 |
| 02/01/2014 | INV #14901.<br>--- INCLICK MANAGED, 1 @ $7,214.11 = 7,214.11<br>--- INCLICK AD SERVER EXTENDED SERVICES - MONITORING AND MAINTENANCE, JANUARY 2014<br>--- TRANSACTION VOLUME: $240,470.20 @ 3%<br>--- Tax: Michigan Sales Tax @ 6.0% = 0.00 | 7,214.11 | 7,214.11 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 7,214.11 | 0.00 | 0.00 | 0.00 | $7,214.11 |

**inMotion Group**
*A Pet Technologies, Inc. Company*
18068 Humber Bridge Dr.
Macomb, MI 48042-3613

**Invoice Date** 2/1/2014
**Invoice #** 14901
**Account ID** INC-12493

# INVOICE

**Phone #** 248-581-8787  **Fax #** 248-589-0052

**Bill To:**
JEMAMEDIA
JEFF LONG
7363 E. ADOBE DR.
STE. 115
SCOTTSDALE, AZ 85255

We now accept bill payments via PayPal. To pay your bill using PayPal, send your payment to support@inmotiongroup.com. Be sure to include your invoice number!

Make checks payable to: **inMotion Group**

| P.O. No. | Terms | Due Date | Rep | Project |
|---|---|---|---|---|
| | 7th of Month | 2/7/2014 | BP | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| INCLICK MANAGED ACCOUNT. INCLICK AD SERVER EXTENDED SERVICES - MONITORING AND MAINTENANCE, JANUARY 2014 TRANSACTION VOLUME: $240,470.20 @ 3% | 1 | 7,214.11 | 7,214.11 |

| | |
|---|---|
| **Total For This Invoice** | $7,214.11 |
| **Payments/Credits** | $0.00 |
| **Invoice Balance** | $7,214.11 |

THERE WILL BE A $20 CHARGE FOR ALL RETURNED CHECKS. 21% INTEREST WILL BE ASSESSED ON ALL UNPAID BALANCES AFTER 90 DAYS.

**Billing Inquiries? Call** 248-581-8787